IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAUREEN WALSH                    *
                                 *
                                 *
v.                               *    Civil No. S 00-328
                                 *
AVALON AVIATION, INC., et al.    *
                               ***

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States District Court for the District of Maryland, this case is hereby referred to the Honorable **Jillyn K. Schulze** United States Magistrate Judge for said District, for the following purpose(s):

_____  Settlement or other ADR conference.

Hearing (if necessary) and determination of non-dispositive pretrial matters as follows:

__XX__   All discovery disputes.

_____  Specifically, _____
_____.

_____  Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of a prisoner petition challenging conditions of confinement.

_____  Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of applications for post-trial relief under 28 U.S.C. §§ 2254 and 2255 made by individuals convicted of criminal offenses.

Hearing (if necessary), proposed findings of fact, and recommendations as to dispositive pretrial matters as follows:

_____  Motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. §

                405(g).

\_\_\_\_\_      Specifically, _____
_____
_____
_____.

\_\_\_\_\_      Final determination of dispositive pretrial matters pursuant to 28 U.S.C. § 636(c)*: specifically, _____
_____
_____.

\_\_\_\_\_      Service as special master in accordance with Fed. R. Civ. P. 53 (complicated issues or exceptional condition involved).

\_\_\_\_\_      Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

\_\_\_\_\_      Reviewing a default judgment.

\_\_\_\_\_      Other:


Date: August 14, 2000                    /s/
                                                        Frederic N. Smalkin
                                                        United States District Judge