UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

September 15, 2000

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
FAX: (301) 344-0629

Albert T. Morris, Esquire
KIRKPATRICK & LOCKHART LLP
1800 Massachusetts Ave NW
Washington DC 20036

Robert L. Ferguson, Jr., Esquire
FERGUSON SCHETELICH &
   HEFFERNAN PA
100 S Charles St
1401 Bank of America Center
Baltimore MD 21201

Mark A. Dombroff, Esquire
Ellen L. Clemente, Esquire
DOMBROFF & GILMORE PC
1025 Thomas Jefferson St NW
Suite 300 West
Washington DC 20007

Patrick G. Cullen, Esquire
ROLLINGS SMALKIN RICHARDS
 & MACKIE
401 N Charles St
Baltimore MD 21201

Harold E. Rambo, Jr., Esquire
PANGIA & HANSEN
1717 M St NW
Washington DC 20036

Leonard C. Redmond, III, Esquire
REDMOND BURGIN & GUTIERREZ
201 N Charles St Suite 1301
Baltimore MD 21201

Re: <u>Maureen Walsh v. Avalon Aviation, Inc., et al.</u>, Civil No. S 00-328

Dear Counsel:

Please be advised that I have scheduled a telephone discovery hearing on **September 20, 2000** at **10:00 a.m.** in the above-referenced case.

I request that Plaintiff's counsel initiate the call.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

Jillyn K. Schulze
United States Magistrate Judge

cc: Judge Frederic N. Smalkin