IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAUREEN WALSH

           Plaintiff(s)

vs.

POTOMAC AIRFIELD, ET.AL.

           Defendant(s)

Civil Action No. S00 CV 328

OCT 3 0 2000

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Mark A. Dombroff,__ Esquire a member of the Bar of this court, moves the admission of __Teresa Graham,__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __PG Airpark Associates and Potomac Airfield__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __the State of Illinois and New York__

and/or the following United States Court(s): __Eastern and Southern Districts of New York, Northern District of Illinois and the United States Court of Appeals, 2nd Circuit__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/1/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

Mark A. Dombroff, _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Dombroff & Gilmore | Dombroff & Gilmore |
| Address | Address |
| 1025 Thomas Jefferson Street, N.W. | 40 Broad Street, Suite 2000 |
| Suite 300 Washington, D.C  20007-5201 | New York, New York  10004 |
| Office phone number | Office phone number |
| 202-965 6100 | 212-612-9550 |
| Fax number | Fax number |
| 202-625-3150 | 212-785-2274 |
| 04793 | |
| Md. U. S. District Court Number | |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

11/1/00                                              *[signature]*
_____           _____
Dated                                                Judge, U. S. District Court